Dismissed and Opinion filed September 11, 2003









Dismissed and Opinion filed September 11, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00714-CV

____________

 

RONALD X. GORDON, Appellant

 

V.

 

MILDRED JONES, Appellee

 



 

On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 02-CV-124172

 



 

M
E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed May 27,
2003.

The record in this case does not reflect a final judgment
disposing of all parties and all issues. 
On August 5, 2003, notification was transmitted to all parties of the
Court=s intent to dismiss the appeal for
want of jurisdiction.  See Tex. R. App. P. 42.3(a).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 








PER CURIAM

 

Judgment rendered and Opinion
filed September 11, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.